UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
LOTES CO. LTD., :
: Case No. 12-CV-7465 (SAS)
                Plaintiff, :
:
     v. : **Rule 7.1 Disclosure Statement**
:
HON HAI PRECISION INDUSTRY CO., LTD. *et al.*, :
:
              Defendants. :
------------------------------------------------------------------------ X

      Defendant Hon Hai Precision Industry Co., Ltd. ("Hon Hai"), through their undersigned counsel, makes the following statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Hon Hai does not have any parent corporation.

2. No publicly held corporation holds 10% or more of Hon Hai's stock.

Dated: New York, New York
        November 5, 2012

                                        Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By:   /s/ Brian A. Herman
                                                 Brian A. Herman
                                                 101 Park Avenue
                                                 New York, NY 10178
                                                 (212) 309-6909

                                                 Thomas J. Lang
                                                 1111 Pennsylvania Avenue, NW
                                                 Washington DC 20004
                                                 (202) 739-5609

                                                 *Counsel for Defendants Hon Hai Precision*
                                                 *Industry Co., Ltd., Foxconn International, Inc.,*
                                                 *and Foxconn Electronics, Inc.*