UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
LOTES CO. LTD.,                                                              :
                                                                             :   Case No. 12-CV-7465 (SAS)
                                    Plaintiff,                               :
                                                                             :
              v.                                                             :   **Rule 7.1 Disclosure Statement**
                                                                             :
HON HAI PRECISION INDUSTRY CO., LTD. *et al.*,                               :
                                                                             :
                                    Defendants.                              :
------------------------------------------------------------------------ X

      Defendant Foxconn Electronics, Inc. ("Foxconn Electronics"), through its undersigned counsel, makes the following statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Hon Hai Precision Industry Co., Ltd. is a publicly traded corporation and holds 10% or more of Foxconn Electronics stock.

2. Foxconn Electronics has no parent corporation (only non-publicly traded minority shareholders).

Dated: New York, New York
          November 16, 2012

                                    Respectfully submitted,

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By:   /s/ Brian A. Herman
                                            Brian A. Herman
                                            101 Park Avenue
                                            New York, NY 10178
                                            (212) 309-6909

                                            Thomas J. Lang
                                            1111 Pennsylvania Avenue, NW
                                            Washington DC 20004
                                            (202) 739-5609

                                      *Counsel for Defendants Hon Hai Precision Industry Co., Ltd., Foxconn International, Inc., and Foxconn Electronics, Inc.*