**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| LOTES CO., LTD. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | **12-cv-7465 (SAS)** |
| | ) | |
| | ) | **ECF Case** |
| HON HAI PRECISION INDUSTRY CO. LTD.; | ) | |
| FOXCONN INTERNATIONAL HOLDINGS, INC.; | ) | |
| FOXCONN INTERNATIONAL, INC.; FOXCONN | ) | **NOTICE OF MOTION** |
| ELECTRONICS, INC.; and FOXCONN (KUNSHAN) | ) | |
| COMPUTER CONNECTOR CO., LTD. | ) | **ORAL ARGUMENT** |
| | ) | **REQUESTED** |
|     Defendants. | ) | |

_____)

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendants Hon Hai Precision Industry Co., Ltd., Foxconn International Inc., and Foxconn Electronics, Inc. by and through their attorneys, Morgan, Lewis & Bockius LLP, will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, at a date and time to be assigned by the Court, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in its entirety with prejudice, and for other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 30, 2012                              Respectfully submitted,

                                                MORGAN, LEWIS & BOCKIUS LLP

                                                */s/  Thomas J. Lang*
                                                Thomas J. Lang
                                                J. Clayton Everett
                                                Swati V. Rawani
                                                1111 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004-5869
                                                (202) 739-5609/5860/5851
                                                (202) 739-3001 (fax)

                                                Brian A. Herman
                                                David A. Snider
                                                101 Park Avenue
                                                New York, N.Y. 10178
                                                (202) 309-6909/6223
                                                (202) 309-6001 (fax)

                                                *Counsel for Hon Hai Precision Industry Co.,*
                                                *Ltd., Foxconn International, Inc., and Foxconn*
                                                *Electronics, Inc.*

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel for Defendants, Hon Hai Precision Industry Co., Ltd., Foxconn International, Inc., and Foxconn Electronics, Inc., do hereby certify that I have on this 30th day of November, 2012, served the within document by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non-registered participants in this case.

                                        */s/ Thomas J. Lang*
                                        Thomas J. Lang