UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
LOTES CO., LTD.,                                                No. 2:12-cv-7465-(SAS)

Plaintiff,                                                      ECF CASE

v.

HON HAI PRECISION INDUSTRY CO., LTD. et al.,

Defendants.
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/12

[PROPOSED] ORDER

WHEREAS, on November 30, 2012, Defendants Hon Hai Precision Industry Co., Ltd., Foxconn International, Inc., and Foxconn Electronics, Inc. (the "Served Defendants") filed and served a Notice of Motion to dismiss the Complaint (the "Motion") and accompanying Memorandum of Law in support of the Motion;

WHEREAS, on December 4, 2012, Plaintiff Lotes Co. Ltd. ("Plaintiff") and the Served Defendants appeared before the Court and the Court offered Plaintiff leave to amend its Complaint in lieu of opposing the Served Defendants Motion. Plaintiff has agreed to do so and the parties have agreed to the following schedule (i) Plaintiff shall file and serve its First Amended Complaint on or before December 21, 2012; and (ii) the Served Defendants shall file and serve their Answer or file another motion to dismiss on or before January 11, 2013;

IT IS HEREBY ORDERED, that:

[The Clerk of Court is directed to close the motion.

1. The Served Defendants' Motion is DENIED without prejudice. Docket No. 17.]

2. Plaintiff shall file and serve its First Amended Complaint on or before December 21, 2012; and

3. The Served Defendants shall file and serve their Answer or another motion to dismiss on or before January 11, 2013.

Dated: Dec 10, 2012

United States District Judge