UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOTES CO., LTD. ) <br> ) <br>     Plaintiff, ) <br> v.    ) <br> ) <br> ) <br> HON HAI PRECISION INDUSTRY CO. LTD.; ) <br> FOXCONN INTERNATIONAL HOLDINGS LTD.; ) <br> FOXCONN INTERNATIONAL, INC.; FOXCONN ) <br> ELECTRONICS, INC.; and FOXCONN (KUNSHAN) ) <br> COMPUTER CONNECTOR CO., LTD. ) <br> ) <br>     Defendants. ) <br> ) | **12-cv-7465 (SAS)** <br><br> ECF Case <br><br> **Rule 7.1** <br> **Disclosure Statement** |

Defendant Foxconn International Holdings Ltd., through its undersigned counsel, makes the following statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Foxconn International Holdings Ltd. is majority owned by Foxconn (Far East) Ltd.

2. Foxconn (Far East) Ltd. is a wholly-owned subsidiary of Hon Hai Precision Industry Co. Ltd., a publicly traded company on the Taiwan and London stock exchanges.

Dated: April 15, 2013
New York, New York

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

        By: /s/ *Thomas J. Lang*
        Thomas J. Lang
        1111 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004-5869
        (202) 739-5609/5860/5851
        (202) 739-3001 (fax)

        -and-

        Brian A. Herman
        David A. Snider
        101 Park Avenue
        New York, N.Y. 10178
        (202) 309-6909/6223
        (202) 309-6001 (fax)

        *Counsel for Foxconn International Holdings Ltd.*