```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOTES CO., LTD.,

                      Plaintiff,

-against-

HON HAI PRECISION INDUSTRY CO. LTD.;
FOXCONN INTERNATIONAL HOLDINGS, LTD.;
FOXCONN INTERNATIONAL, INC.; FOXCONN
ELECTRONICS, INC; and FOXCONN (KUNSHAN)
COMPUTER CONNECTOR CO., LTD.,
                      Defendants.
------------------------------------------------------------X

**12 CIVIL** 7465 (SAS)

**JUDGMENT**

Defendants Hon Hai, Foxconn IH, Foxconn International and Foxconn Electronics (collectively, the "defendants") having moved to dismiss the First Amended Complaint ("FAC") in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on May 14, 2013, having rendered its Opinion and Order granting defendants' motion to dismiss and dismissing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 14, 2013, defendants' motion is granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       May 20, 2013

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                           **BY:**
                                                     **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____