**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
LOTES CO., LTD.,

        Plaintiff,

   v.

HON HAI PRECISION INDUSTRY CO., LTD.;
FOXCONN INTERNATIONAL HOLDINGS LTD.;
FOXCONN INTERNATIONAL, INC.; FOXCONN
ELECTRONICS, INC.; and FOXCONN (KUNSHAN)
COMPUTER CONNECTOR CO., LTD.,

        Defendants.
----------------------------------------------------------------x

**12-CV-7465 (SAS)**

**ECF CASE**

## **LOTES CO., LTD.'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Lotes Co., Ltd. in the above-named case hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Opinion and Order entered in this action on May 14, 2013 and from the Judgment entered in this action on May 20, 2013.

|  | Respectfully Submitted, |
|---|---|
| Dated:  June 10, 2013 | By:  /s/ Nicolas S. Gikkas |

Nicolas S. Gikkas (*Pro Hac Vice*)
**The Gikkas Law Firm**
530 Lytton Avenue
2nd Floor
Palo Alto, California 94301
Telephone: 650.617.3419
Facsimile:  650.618.2600
E-mail:      nsg@gikkaslaw.com

Lewis E. Hudnell, III (LH 9718)
**Colvin Hudnell LLP**
375 Park Avenue
Suite 2607
New York, New York 10152
Telephone: 347.855.4772
Facsimile:  347.772.3034
E-mail:      lewis@colvinhudnell.com

Attorneys for Plaintiff
**LOTES CO., LTD.**