**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case #
12-cv-7465(SAS)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand and fourteen.

Before:     Robert A. Katzmann,
            *Chief Judge*,
            Debra Ann Livingston,
            *Circuit Judge*,
            Andrew L. Carter,
            *District Judge*.[1]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 27, 2014

_____

Lotes Co., Ltd.,

    Plaintiff - Appellant,

v.

**JUDGMENT**
Docket No. 13-2280

Hon Hai Precision Industry Co., Ltd, Foxconn International Holdings, Ltd., Foxconn Electronics, Inc., Foxconn International, Inc., AKA Foxcomm International, Inc.,

    Defendants - Appellees,

Foxconn (Kunshan) Computer Connector Co., Ltd.,

    Defendant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Catherine O'Hagan Wolfe,
Clerk of Court

_____
[1] The Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 06/27/2014**